UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| HERLINA SNIDER, ) | |
| ) | |
| Plaintiff, ) | 3:07-cv-0583-BES-RAM |
| ) | |
| vs. ) | |
| ) | ORDER OF DISMISSAL WITHOUT |
| GREATER NEVADA LLC, et al ) | PREJUDICE PURSUANT TO RULE 4(m) |
| ) | FEDERAL RULES OF CIVIL |
| ) | PROCEDURE |
| Defendant. ) | |
| ) | |

Counsel for Herlina Snider, having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is dismissed without prejudice as to: Derry Gilmore.

DATED this 27th day of May, 2009

BRIAN E. SANDOVAL
UNITED STATES DISTRICT JUDGE