AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

HERLINA SNIDER,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

         CASE NUMBER:   3:07-CV-00583-RCJ-RAM

GREATER NEVADA LLC., et al

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Greater Nevada LLC's Motion for Summary Judgment (#20) is GRANTED in its entirety.

 October 14, 2009                    **LANCE S. WILSON**
                                            Clerk

                                     /s/ M. Campbell
                                       Deputy Clerk