# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| HERLINA SNIDER | ) |
| v. | ) Case No.: 3:05-CV-00583-RCJ-RAM |
| GREATER NEVADA LLC.C, ET AL | ) |

## Bill of Costs

Judgment having been entered in the above entitled action   10/14/2009   against   PLAINTIFF   ,
                                                            Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................... | $ |
| Fees for service of summons and subpoena ................................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 3,080.70 |
| Fees and disbursements for printing ..................................... | |
| Fees for witnesses (itemize on page two) ................................. | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | |
| Docket fees under 28 U.S.C. 1923 ...................................... | |
| Costs as shown on Mandate of Court of Appeals ........................... | |
| Compensation of court-appointed experts ................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ........................................... | |
| TOTAL | $ 3,080.70 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑   Electronic service by e-mail as set forth below and/or.

☐   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney: SUSAN HILDEN

For: GREATER NEVADA., LLC                                              Date: _____
              Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

                          By: _____
Clerk of Court                  Deputy Clerk                                    Date

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

JUL 11 2008

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67086 | 7/10/2008 | 17774 |
| Job Date | | Case No. |
| 6/30/2008 | | 3:07-CV-00583-BES-RAM |
| Case Name | | |

Snider v. Greater Nevada

**Payment Terms**

Due upon receipt

**BONANZA REPORTING - RENO**
Certified Court Reporters
Phone (775) 786-7655   Fax (775) 786-0533

Susan Heaney Hilden
Littler Mendelson
50 West Liberty
Suite 400
Reno, NV 89501

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Description | | Amount |
|---|---|---|
| Cheryl Bartels | 73.00 Pages | 277.40 |
| Exhibit | 3.00 Pages | 1.05 |
| Half Day Per Diem | | 100.00 |
| Word Index | 14.00 | 14.00 |
| Messenger | | 5.00 |
| Condensed Transcript | | 0.00 |
| Videoconferencing Room — Reno | | 300.00 |
| Videoconferencing Room — montana | | 300.00 |
| ISDN Phone Charge — videoconference dial out fee | | 180.00 |
| Processing Fee/Original | | 20.00 |
| **TOTAL DUE >>>** | | **$1,197.45** |
| AFTER 8/9/2008 PAY | | $1,317.20 |

For your convenience we now accept major credit cards. Thank you very much. We appreciate your business.

LITTLER MENDELSON

Approved by _____

**Tax ID:** 88-0403984

Amount to pay  $1197.45

Phone: 775-348-4888   Fax: 775-786-0127

*Please detach bottom portion and return with payment.*

TMKPR / EMPLOYEE _____1859_____

Charge to Client _____019831-1010_____

Description: Fee for video conference deposition of C. Bartels

For Accounts Payable use only:

Vendor number _____

Voucher number _____

Susan Heaney Hilden
Littler Mendelson
50 West Liberty
Suite 400
Reno, NV 89501

Remit To: **Bonanza Reporting - Reno**
1111 Forest Street
Reno, NV 89509

| | |
|---|---|
| Job No. | : 17774     BU ID : 1-MAIN |
| Case No. | : 3:07-CV-00583-BES-RAM |
| Case Name | : Snider v. Greater Nevada |
| Invoice No. | : 67086     Invoice Date : 7/10/2008 |
| Total Due | : $ 1,197.45 |

AFTER 8/9/2008 PAY $1,317.20

**PAYMENT WITH CREDIT CARD**   AMEX   MC   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Amount to Charge: _____
Cardholder's Signature: _____

JUN 25 2008

# INVOICE

Sunshine Reporting Services
151 Country Estates Circle
Reno, NV 89511
Phone:775-323-3411   Fax:775-323-2749

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 826114 | 6/20/2008 | 92223 |
| Job Date | Case No. | |
| 5/30/2008 | | |

| Case Name |
|---|
| Snider vs. Greater Nevada, LLC |

| Payment Terms |
|---|
| Due upon receipt |

Susan Heaney Hilden, Esq.
Littler Mendelson
50 W. Liberty Street
Suite 400
Reno, NV 89501

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Gerene Sayre                                                270.65
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Robert Taylor                                               277.80

**LITTLER MENDELSON** (stamp)

Approved by _____
Amount to pay  $548.45
TMKPR / EMPLO ___ ISM
Charge to Client 014831.1010
Description: Fee for Taylor & Sayre Deposition Transcripts
For Accounts Payable use only:
Vendor number _____
Voucher number _____

TOTAL DUE >>>   $548.45
AFTER 7/20/2008 PAY   $603.30

Thank you for your business!

Tax ID: 20-3835523                              Phone: 775-348-4888   Fax:775-786-0127

*Please detach bottom portion and return with payment.*

Susan Heaney Hilden, Esq.
Littler Mendelson
50 W. Liberty Street
Suite 400
Reno, NV 89501

Invoice No.   : 826114
Invoice Date  : 6/20/2008
**Total Due**    : **$ 548.45**
AFTER 7/20/2008 PAY $603.30

Remit To: **Sunshine Reporting Services**
**151 Country Estates Circle**
**Reno, NV 89511**

Job No.     : 92223
BU ID       : REN-DEP-21
Case No.    :
Case Name   : Snider vs. Greater Nevada, LLC

FEB 29 2008

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 66502 | 2/27/2008 | 17150 |
| Job Date | Case No. | |
| 2/21/2008 | 3:07–CV-00583-BES-RAM | |
| Case Name | | |
| Snider v. Greater Nevada | | |
| Payment Terms | | |
| Due upon receipt | | |

**BONANZA REPORTING - RENO**
Certified Court Reporters
Phone (775) 786-7655   Fax (775) 786-0533

Susan Heaney Hilden
Littler Mendelson
50 West Liberty
Suite 400
Reno, NV 89501

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Herlina Snider | | 229.00 Pages | 847.30 |
| Exhibit | | 70.00 Pages | 24.50 |
| Full Day Per Diem | | | 200.00 |
| Word Index | | 32.00 | 32.00 |
| Messenger | | | 2.00 |
| Condensed Transcript | | | 0.00 |
| Rough Ascii | | | 229.00 |

Approved by _____
Amount to pay  $1,334.80
TMKPR / EMPL  1809
Charge to Client
0149031-1000

**TOTAL DUE >>>   $1,334.80**
AFTER 3/28/2008 PAY   $1,468.28

Pmt for transcript of plaintiff's deposition

For your convenience we now accept major credit cards. Thank you very much.
We appreciate your business.

For _____
Voucher _____
Voucher number _____

Tax ID: 88-0403984                                       Phone: 775-348-4888    Fax:775-786-0127

*Please detach bottom portion and return with payment.*

Susan Heaney Hilden
Littler Mendelson
50 West Liberty
Suite 400
Reno, NV 89501

| | | | |
|---|---|---|---|
| Job No. | : 17150 | BU ID | : 1-MAIN |
| Case No. | : 3:07-CV-00583-BES-RAM | | |
| Case Name | : Snider v. Greater Nevada | | |

Invoice No. : 66502           Invoice Date : 2/27/2008
**Total Due : $ 1,334.80**
AFTER 3/28/2008 PAY $1,468.28

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Amount to Charge:
Cardholder's Signature:

Remit To:  **Bonanza Reporting - Reno**
           **1111 Forest Street**
           **Reno, NV 89509**

**PROOF OF SERVICE**

I, Taryn Ciardella, hereby declare and state:

I am over the age of eighteen years, employed by Littler Mendelson in the County of Washoe, Nevada, and not a party to the within-entitled action. My business address is 50 West Liberty Street, Suite 400, Reno, Nevada 89501.1944.

On October 21, 2009, I served the following:

**BILL OF COSTS**

on the following in said cause via U.S. Mail at Reno, Nevada, addressed as follows:

**LAURENCE PETER DIGESTI**
**485 WEST FIFTH STREET**
**RENO, NV 89503**

**MATTHEW PETER DIGESTI**
**1113 ADELLA AVENUE, SUITE 100**
**CORONADO, CA 92118**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2009, at Reno, Nevada.

_____
TARYN CIARDELLA

LITTLER MENDELSON
Attorneys At Law
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775 348 4888