**Laurence P. Digesti** (SBN 88)
**Matthew P. Digesti** (SBN 9793)
THE DIGESTI LAW FIRM LLP
485 W. Fifth Street
Reno, NV 89503
ldigesti@digestilaw.com
Telephone:     775.323.7797
Facsimile:     775.323.5944

Attorneys for Plaintiff
Herlina Snider

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

HERLINA SNIDER,                              )
                                             )
                    Plaintiff,               )          Case No.        3:07-CV-00583-RCJ-RAM
                                             )
           vs.                               )          **STIPULATION TO WAIVE BILL**
                                             )          **OF COSTS**
GREATER NEVADA LLC d/b/a as                  )
GREATER NEVADA MORTGAGE                      )
SERVICES; DERRY GILMORE, individually        )
And in his official capacity, and Does 1-10, )
                                             )
                    Defendants.              )
                                             )

On May 11, 2011, the United States Court of Appeals for the Ninth Circuit entered, pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, a formal mandate regarding its April 6, 2011 judgment of Affirmance, thus concluding the above entitled matter.

During the District Court proceedings, and prior to Plaintiff's appeal of the District Court's grant of Summary Judgment to the Ninth Circuit, the District Court entered a Clerk's Memorandum Regarding Taxation of Costs, dated August 19, 2010 (Document 59), awarding Defendant $2,044.70 in costs.

Pursuant to stipulation by the parties hereto, Defendant Greater Nevada LLC did not file a Bill of Costs with the Ninth Circuit Court of Appeals, and pursuant to stipulation by the parties,

THE **DIGESTI** LAW FIRM LLP
485 W. FIFTH STREET, RENO, NV 89503

1    Defendant Greater Nevada LLC has agreed to waive the Bill of Costs, in its entirety, entered by

2    Court pursuant to the Clerk's Memorandum Regarding Taxation of Costs, dated August 19, 2010

3    (Document 59).

4

5    DATED:  May 12, 2011                    THE **DIGESTI** LAW FIRM LLP

6

7                                           By   /s/ - Laurence P. Digesti, Esq.
                                               Laurence P. Digesti, Esq.
8                                              485 W. Fifth Street
                                               Reno, NV 89503
9                                              Attorneys for the Plaintiff
                                               Herlina Snider

10

11   DATED:  May 12, 2011                    LITTLER MENDELSON

12

13                                          By   /s/ - Susan H. Hilden, Esq.
                                               Susan H. Hilden, Esq.
14                                             50 W. Liberty St., Suite 400
                                               Reno, NV 89501
15                                             Attorneys for Defendant
                                               Greater Nevada LLC dba Greater Nevada
16                                             Mortgage Services

17

18   **IT IS SO ORDERED this** 4th day of January, 2012.

19

20

21   **UNITED STATES DISTRICT JUDGE**

22

23

24

25

26

27

28

THE **DIGESTI** LAW FIRM LLP
485 W. FIFTH STREET, RENO, NV 89503